UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEN ZIU THANG and SHANNON F. SAETERN, individually and d/b/a SPITZERS WALNUT ROOM A/K/A WALNUT ROOM, <br><br> Defendants. | No. 2:15-cv-01882-GEB-EFB <br><br> **ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE** |

      Plaintiff's Status Report filed November 10, 2015, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on November 23, 2015, is continued to February 29, 2016, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

      Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve each defendant with process within the 120 day period prescribed in that Rule may result in the unserved defendant(s) and/or this action being dismissed. To avoid dismissal, on or before January 8, 2016, Plaintiff shall file proof of service for each defendant

1

1 | or a sufficient explanation why service was not completed within
2 | Rule 4(m)'s prescribed service period.
3 |      IT IS SO ORDERED.
4 | Dated: November 17, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2