THOMAS P. RILEY, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030
Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. 2:15-cv-01882-MCE-DB |
| **Plaintiff,** | |
| vs. | **ORDER DISMISSING PLAINTIFF'S CLAIMS FOR VIOLATION OF TITLE 47 U.S.C SECTION 553 AND VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE SECTION 17200** |
| **KEN ZIU THANG, et al.,** | |
| **Defendant.** | |

Good cause having been shown and pursuant to the stipulation of the parties, it is hereby ordered that plaintiff's claims for Violation of Title 47 U.S.C Section 553 and Violation of California Business and Professions Code Section 17200 are DISMISSED with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: February 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE